# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

November 12, 2024

**Via ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Dilshod Islamov*, 24-cr-599-JPO

Dear Judge Oetken:

    We write to respectfully request an extension of Mr. Islamov's deadline to secure his bond with security, from today until Monday, November 18th.

    As the Government previously explained in a letter to the Court, Dkt. #28, the Parties had been conferring on the best way to secure the bond, under Pennsylvania law, using property in Pennsylvania. On Thursday, the 7th, the assigned AUSA contacted me and said that she had conferred with AUSAs in Pennsylvania and determined that the best way to secure the bond was with a bond forfeiture agreement, to be filed with the county Prothonotary in Pennsylvania. Upon receiving a copy of the draft bond forfeiture agreement, Mr. Islamov immediately signed it and I sent a signed copy back to the Government. On the same day, I also emailed that signed bond forfeiture agreement to local counsel I had retained in Pennsylvania, and directed him to file it. The local counsel responded by email that he was "proceeding to file it now," and that they hoped to "get it recorded by end of day."

    The actual filing was delayed until Monday, however, and then local counsel ran into procedural problems. As explained by local counsel in an email to me today:

> "The Prothy sent a rejection today, stating it had to be filed with recorder of deeds, who already said they couldn't accept it. I have put in calls to the solicitor but have not heard back. We're trying again in the morning. They should be able to accept it as filed."

In order to allow time to iron out the issue of where to file the bond forfeiture agreement, we respectfully request an extension until Monday, the 18th, to finalize this last condition of Mr. Islamov's bail. I have tried contacting the U.S. Attorney's Office this evening to get their position on this request, but have yet to hear back from them.

Granted.
So ordered.
11/13/2024

Respectfully,

/s/

Gedalia M. Stern

_J. PAUL OETKEN_
United States District Judge