UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
UNITED STATES OF AMERICA
            :   CONSENT PRELIMINARY ORDER
    - v. -                       OF FORFEITURE/
            :   <u>MONEY JUDGMENT</u>
DILSHOD ISLAMOV,
    a/k/a "Dylan,"            :   24 Cr. 599 (JPO)
    a/k/a "Dilan,"
            :
    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about October 15, 2024, DILSHOD ISLAMOV, a/k/a "Dylan," a/k/a "Dilan," (the "Defendant"), among others, was charged in four counts of a six-count Indictment, 24 Cr. 599 (JPO) (the "Indictment"), with conspiracy to commit healthcare fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Three); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Four);

        WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Indictment, including but not limited to a sum of money in in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, on or about November 6, 2025, the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $3,777,580.35 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,777,580.35 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment, for which the Defendant is jointly and severally liable with his co-defendants: (i) Nazim Tariverdi to the extent a forfeiture money judgment is entered against him in this case for the offense charged in Count Two of the Indictment; and (ii) Kenan Tariverdi for the forfeiture money judgement that was entered against him in this case for the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Cecilia Vogel and Christopher Brumwell, of counsel, and the Defendant and his counsel, Gedalia M. Stern, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $3,777,580.35 in United States

currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants: (i) Nazim Tariverdi to the extent a forfeiture money judgment is entered against him in this case for the offense charged in Count Two of the Indictment; and (ii) Kenan Tariverdi for the forfeiture money judgement that was entered against him in this case for the offense charged in Count Two of the Indictment, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant DILSHOD ISLAMOV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____         11/6/25
    Cecilia Vogel                            DATE
    Christopher Brumwell
    Assistant United States Attorneys
    26 Federal Plaza
    New York, NY 10278
    (212) 637-1089/2477

DILSHOD ISLAMOV

By: _____         11/06/2025
    DILSHOD ISLAMOV                          DATE


By: _____         11/6/25
    GEDALIA STERN, ESQ.                      DATE
    Attorney for Defendant
    1120 6th Ave., 4th Floor
    New York, NY 10036

SO ORDERED:

_____              11/6/25
HONORABLE J. PAUL OETKEN                     DATE
UNITED STATES DISTRICT JUDGE