# Necheles Law, LLP

**1120 Avenue of the Americas**
**New York, NY 10036**

**Gedalia Stern**
gms@necheleslaw.com
**212-997-7400**

June 7, 2026

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *United States v. Dilshod Islamov*, 24-cr-599-JPO

Dear Judge Oetken:

We respectfully write, without objection from the government, to request an adjournment of Mr. Islamov's sentencing, which is currently scheduled for June 29, to a date convenient to Your Honor during the first two weeks of August (other than August 13 or 14).

The reason for this request is that undersigned counsel are currently on trial in Manhattan Supreme Court, and that trial is likely to last into the week of June 22. (That trial was originally scheduled to end in approximately mid-May but for various reasons has extended longer than expected.) Due to that, we respectfully request an adjournment of Mr. Islamov's sentencing date such that we have sufficient time to finalize Mr. Islamov's sentencing submission after the trial is completed.

We therefore request a new sentencing date, on a date convenient to Your Honor, during the first two weeks of August (other than August 13 and 14, when counsel for the Parties are unavailable). I have spoken to the U.S. Attorney's Office, who have no objection to this request, and they asked me to note that they have a preference for a date in the first week of August, although they can be available the second week if that is more convenient to the Court.

Respectfully,

/s/ Gedalia Stern

Susan R. Necheles
Gedalia Stern