**Necheles Law, LLP**
1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

October 20, 2026

Via ECF
Hon. J. Paul Oetken
United States Distrct Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *People v. Dilshod Islamov,* 24-cr-599

Dear Justice Oetken:

We respectfully write to request an adjournment of Mr. Islamov's report date to January 4, 2027.

This Court recently sentenced Mr. Islamov to 24 months' incarceration. He is currently scheduled to report to prison on Monday, October 26. Mr. Islamov, however, is assisting his parents (who are elderly and speak limited English) with the sale of a house they own in Pennsylvania, the proceeds of which will be used to support his family while he is in prison. We therefore intended to seek a 60-day extension of his report date, but as that would fall in late-December, around the holidays, we respectfully ask that the Court adjourn Mr. Islamov's report date to January 4, 2027. This is Mr. Islamov's first request for an adjournment.

I spoke to the assigned prosecutor and she informed me that the Government takes no position on this request.

Respectfully submitted.
/s/
Gedalia Sterm

Granted. Defendant's surrender date is hereby adjourned to January 4, 2027.
So ordered.
10/21/2026

J. PAUL OETKEN
United States District Judge